# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-1007-M |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 9, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Acting Commissioner") denying plaintiff's application for disability insurance under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. The Magistrate Judge recommended the Acting Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by March 23, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 26] issued by the Magistrate Judge on March 9, 2015;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 27th day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE